1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  POOJA KUMAR
   Nevada Bar No. 12988
3  **PHILLIPS, SPALLAS & ANGSTADT, LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  Telephone (702) 938-1510
   Facsimile (702) 938-1511
6  bentzminger@psalaw.net
7  pkumar@psalaw.net

8  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHELLA VANGSNESS, an individual,<br><br>                Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>                Defendants. | Case No.:     2:16-cv-02140-JAD-GWF<br><br>ORDER REMANDING CASE<br>TO STATE COURT<br><br>ECF No. 6 |

      Defendant WAL-MART STORES, INC. (hereinafter "Defendant"), by and through its counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, and Plaintiff SHELLA VANGSNESS (hereinafter "Plaintiff"), by and through her counsel of record, BERNSTEIN & POISSON, do hereby stipulate to remand this matter to state court without prejudice.

      Plaintiff does not dispute the existence of diversity of citizenship of the parties in this matter. This stipulation to remand is based on Plaintiff's averment that the amount in controversy is not met. The parties hereby stipulate that this matter be remanded to the Eighth Judicial District Court and, therefore, seek an Order by this Court remanding this matter and capping Plaintiff's recovery at $75,000.00.

- 1 -

Defendant reserves the right to Remove this matter back to Federal Court should new evidence or damages be presented that the jurisdictional limit of $75,000.00 would be satisfied.

DATED this 27th day of September, 2016.                    DATED this 27th day of September, 2016.

**BERNSTEIN & POISSON**                                    **PHILLIPS, SPALLAS & ANGSTADT, LLC**

*/s/ Brian Boyer*                                          */s/ Pooja Kumar*
_____                            _____
BRIAN BOYER, ESQ.                                          POOJA KUMAR, ESQ.
Nevada Bar No. 12185                                       Nevada Bar No. 12988
320 South Jones Boulevard                                  504 South Ninth Street
Las Vegas, Nevada 89107                                    Las Vegas, Nevada 89101
(702) 877-4847                                             (702) 938-1510
*Attorneys for Plaintiff*                                  *Attorneys for Defendant*
                                                           *Wal-Mart Stores, Inc.*

## ORDER

In light of the parties' stipulation that the value of this diversity case is $75,000 or less, IT IS HEREBY ORDERED that **this case is REMANDED back to the Eighth Judicial District Court, Case No. A-16-741386-C** for lack of subject-matter jurisdiction.

9/28/16

_____
Jennifer Dorsey
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2016, I served a true and correct copy of the foregoing, **STIPULATION TO REMAND TO STATE DISTRICT COURT**, by electronic service, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| SCOTT L. POISSON, ESQ.<br>Nevada Bar No. 10188<br>BRIAN M. BOYER, ESQ<br>Nevada Bar No. 12185<br>BERNSTEIN & POISSON<br>320 S. Jones Blvd.<br>Las Vegas, NV 89107 | Phone 702-877-4847<br>Fax   702-256-6280 | Plaintiff |

*/s/ Pooja Kumar*
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC